## Exhibit A to the Complaint

**Location:** Queens, NY  
**Total Works Infringed:** 60

**IP Address:** 70.23.204.76  
**ISP:** Verizon Internet Services

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | CB32C673BCDDEF94BF9F1F355F7315E02698CD83 | 11/06/2025 16:59:06 | Vixen | 11/03/2025 | 11/14/2025 | PA0002553530 |
| 2 | a8caf497be9274fca0c20cdce60c1aa2011d95c3 | 11/06/2025 17:04:54 | Blacked | 08/21/2025 | 09/16/2025 | PA0002550978 |
| 3 | 0fecca2852ca44f5699118aac75cfbfe8a74d7f6 | 10/10/2025 12:41:22 | Milfy | 10/08/2025 | 11/10/2025 | PA0002553351 |
| 4 | d1d4de5af7c85f9f8ac8fb5c1c98cbb7fdb896a7 | 10/05/2025 22:51:04 | Milfy | 10/01/2025 | 11/10/2025 | PA0002553387 |
| 5 | 0173e13d409ad3c8c6f7587063a936a03177f281 | 10/05/2025 22:46:32 | Milfy | 08/20/2025 | 09/16/2025 | PA0002551064 |
| 6 | 0cfdd52d13ccedf8d626a829071db0eb8c68b61a | 10/05/2025 22:44:55 | Milfy | 08/13/2025 | 08/19/2025 | PA0002545672 |
| 7 | a39a15d101d5236c548a38dd339ade65c25c9570 | 10/05/2025 22:44:36 | Milfy | 09/03/2025 | 09/16/2025 | PA0002551066 |
| 8 | bd9e65417fc6622cac52ad62302485b933871057 | 10/05/2025 22:42:47 | Milfy | 08/06/2025 | 08/08/2025 | PA0002544264 |
| 9 | ba3e14939ed7fcd40dd04190088cd3b872cea90e | 10/05/2025 22:41:23 | Milfy | 09/10/2025 | 09/16/2025 | PA0002551067 |
| 10 | 119670ef229a17fea8c4ccf3746fe3cb925aef4a | 10/05/2025 22:41:08 | TushyRaw | 09/14/2025 | 09/24/2025 | PA0002552383 |
| 11 | 517aad8268171792d5b8be02a79c4a4af6447fad | 07/01/2025 12:25:18 | Blacked Raw | 06/10/2025 | 06/20/2025 | PA0002536511 |
| 12 | e18c0c141e43c5e5d30c23a51286942e45f6451c | 07/01/2025 12:20:06 | Vixen | 04/04/2025 | 04/23/2025 | PA0002527321 |
| 13 | 71953e7754ec78886187d5fb739adbcbff27d232 | 07/01/2025 11:00:43 | Wifey | 05/31/2025 | 06/10/2025 | PA0002534385 |
| 14 | faa8be62ae0bfd5de79f5226495356e7c73dc2ad | 07/01/2025 10:50:59 | Blacked | 01/18/2025 | 02/18/2025 | PA0002516140 |
| 15 | 45012f2b1f60929a8cbf830be3ca7b6ea2b180ff | 07/01/2025 10:48:59 | Wifey | 04/26/2025 | 05/21/2025 | PA0002531827 |
| 16 | 739236f5712f3cefa1b9f13ef11d339cecf51701 | 07/01/2025 10:47:52 | Wifey | 06/28/2025 | 07/08/2025 | PA0002539150 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 1d64af95f40d70c252953b2df5947f560f4efb95 | 07/01/2025 10:45:57 | Wifey | 06/07/2025 | 06/10/2025 | PA0002534377 |
| 18 | 2d8f247dafe80259fb8e8253a67bb3baac064eab | 07/01/2025 10:45:28 | Wifey | 06/14/2025 | 06/20/2025 | PA0002536486 |
| 19 | 2eb14ac449af4f741255a5a51ebc38bf7ed0b1c9 | 07/01/2025 10:45:05 | Wifey | 05/17/2025 | 05/21/2025 | PA0002531815 |
| 20 | 601c37d54a7fa68b74d2360451167346d0e46ded | 06/25/2025 13:02:46 | Tushy | 03/16/2025 | 03/28/2025 | PA0002522490 |
| 21 | fce5a0fbd1ce004167048f86b040b44a75d9c884 | 05/25/2025 17:08:27 | Wifey | 05/24/2025 | 06/10/2025 | PA0002534386 |
| 22 | f57e6033e4cff168fa4e959ce1517072769559ef | 05/25/2025 17:08:09 | Blacked Raw | 12/16/2024 | 01/15/2025 | PA0002509324 |
| 23 | 4c54fcfa31259718cf32f2c684bed38590cac348 | 05/25/2025 17:05:47 | Wifey | 05/10/2025 | 05/21/2025 | PA0002531831 |
| 24 | 7d1795246923b0f912dc5e45fdf6e39d24efe8ed | 05/25/2025 17:03:40 | Milfy | 10/30/2024 | 11/18/2024 | PA0002500968 |
| 25 | a295fb1c3994a0c996046ac8e25d44696dff01a8 | 04/20/2025 01:55:34 | Vixen | 03/21/2025 | 03/28/2025 | PA0002522461 |
| 26 | d1b7022fe085f005fd48920c49a27361fb58ed6e | 04/20/2025 00:11:57 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 27 | ac3357ba5a4bf22ff9ca74a9849d3d0e0bd023bf | 04/19/2025 23:00:05 | Vixen | 03/07/2025 | 03/28/2025 | PA0002522463 |
| 28 | 090e97b584207f88c44f7b9c4c75522a8822862e | 04/19/2025 22:59:00 | Vixen | 03/28/2025 | 04/23/2025 | PA0002527310 |
| 29 | 769f2f9d5fa2b70468780a6abda2faece7c6cc30 | 04/19/2025 22:59:00 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 30 | 79153c5817365df2c54e1ca8a115266fe84c1a08 | 04/19/2025 22:57:31 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |
| 31 | b598034cb01e72123a29a8157b72fd0434f84b17 | 04/19/2025 22:57:19 | Vixen | 02/28/2025 | 03/28/2025 | PA0002522464 |
| 32 | b449a8198459e633d98ab135088211c357968818 | 04/19/2025 22:56:53 | Vixen | 04/11/2025 | 04/23/2025 | PA0002527326 |
| 33 | 693d9a12510d0534ba4703467e30797ea7a8450b | 04/19/2025 22:56:27 | Vixen | 02/21/2025 | 03/28/2025 | PA0002522471 |
| 34 | 0dfad6e8bf4714a11f338ca08e163009bc4b5227 | 04/19/2025 22:56:22 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 5420def2051e8d34a82c47c0692cf130fa3a693d | 02/06/2025 22:54:37 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 36 | 2f0b827044b8fbf174d44a6f6a730b0b60516203 | 02/06/2025 22:54:20 | Blacked | 11/09/2024 | 11/18/2024 | PA0002501017 |
| 37 | e1e76e3a307f7b5270e9d2f87874ea4d1087aa96 | 02/06/2025 22:54:02 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 38 | 12e6a362cdc8062639130e2cb42f3d2bf6dfb68c | 02/06/2025 22:53:48 | Blacked | 01/23/2025 | 02/18/2025 | PA0002516125 |
| 39 | ddb0bf17c197427dd020f7c5ba375f9ac56966e6 | 02/06/2025 22:53:38 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 40 | 8f042a6f826e4fb4a4fde60f4a0b0d4af81c40b7 | 02/06/2025 22:52:46 | Blacked | 01/08/2025 | 01/15/2025 | PA0002509289 |
| 41 | 9861659debd8430e736ae8dd818939e2b7c5b092 | 02/06/2025 22:52:08 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 42 | b3df30dcaf8af72b97e25d12644d0a49fbf19f49 | 02/06/2025 22:51:23 | Blacked | 01/28/2025 | 02/18/2025 | PA0002516044 |
| 43 | b9b2aaa731561399a17e886dc60bf7aed53254ce | 02/06/2025 22:51:12 | Blacked | 01/03/2025 | 01/15/2025 | PA0002509288 |
| 44 | b057dd023d9269d2c04bc234d9af76736cc4b603 | 01/20/2025 01:30:30 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |
| 45 | 24A89BB68241CC14F2DEAB6EB7F461A881D73DE9 | 01/20/2025 01:27:43 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 46 | 5D41FDC74F09E33DECAA9455F97986E6FF6E2F0C | 01/20/2025 01:24:39 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 47 | 0c2c81b277ae8b171b2fa61d8773f82a70b94079 | 01/20/2025 01:21:53 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 48 | 8BC959173C6DCBE70F6E09534D6B5E82A483370E | 01/20/2025 01:20:01 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 49 | 32b30194ea1ff85a2e02ba40ae0317ab2e3dab40 | 12/19/2024 22:10:45 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 50 | 09fc3bcd284b2158b37fcbc15b8e0ff065cb11f8 | 11/18/2024 15:36:00 | TushyRaw | 11/05/2024 | 11/18/2024 | PA0002500900 |
| 51 | 5fd2b493d8d0e1c6e0cec24e91b9315dc98c1a08 | 11/18/2024 15:35:08 | Milfy | 11/13/2024 | 11/18/2024 | PA0002500973 |
| 52 | 2f872cc3383d684714d4ef9df5e064793831153d | 11/18/2024 15:32:33 | Milfy | 11/06/2024 | 11/18/2024 | PA0002500974 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 1B714F6AD842B9DC156A57F59112DD362AC8BDF4 | 10/15/2024 19:01:54 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 54 | 0B20D0F044F9E1FEDFD0715E8A9208D30590133E | 10/10/2024 18:22:27 | Blacked Raw | 11/01/2021 | 11/11/2021 | PA0002321320 |
| 55 | B6CDCDCE7A56CD59699E6A5243703D723E1045D4 | 09/23/2024 14:22:38 | Milfy | 12/06/2023 | 01/16/2024 | PA0002453488 |
| 56 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 08/28/2024 21:56:21 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 57 | D0B66C0A2648773E3E81543D539B24AE9AD590DE | 08/28/2024 18:36:09 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 58 | 08A700C4FECB7B1DF76FA72325AF589022BB78A9 | 08/28/2024 17:44:40 | Milfy | 07/05/2023 | 08/22/2023 | PA0002431067 |
| 59 | CEFEE757B2259F5233893E3FF0368EFBE049B900 | 08/06/2024 11:06:43 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 60 | C8B105EE120C4D5CA332007F95F5F2C8166CA09D | 11/25/2023 05:17:17 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |